FORM 1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| MIRROR METALS INC.<br><br>                                                              Plaintiff,<br><br>                         v.<br><br>UNITED STATES OF AMERICA,<br><br>                                                              Defendant. | 21-00213<br><br><br><br><br><br>**SUMMONS** |

**TO:**  The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**
Clerk of the Court

| PROTEST | | | |
|---|---|---|---|
| Port of Entry: | See attached schedules | Date Protest Filed: | See attached schedule |
| Protest Number: | See attached schedule | Date Protest Denied: | See attached schedule |
| Importer: | Mirror Metals Inc. | | |
| Category of Merchandise: | Steel | | |

| ENTRIES INVOLVED IN ABOVE PROTEST | | | | | |
|---|---|---|---|---|---|
| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| | | | | | |
| | | See attached schedule | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| Port Director,<br>U.S. Customs & Border Protection<br>301 E. Ocean Blvd., Suite 1400<br>Long Beach, CA 90802 | Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  LLP<br>599 Lexington Avenue, 36th floor<br>New York, New York 10022<br>RSeely@gdlsk.com<br>(212) 557-4000 |
| *Address of Customs Port in Which Protest Was Denied* | *Name, Address and Telephone Number of Plaintiff's Attorney* |

Page 1

11101630_1

## CONTESTED ADMINISTRATIVE DECISION

| | Appraised Value of Merchandise ||
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| | Classification, Rate or Amount ||||
|---|---|---|---|---|
| | Assessed || Protest Claim ||
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

| Other |
|---|
| State specifically the Decision [as Described in 19 U.S.C.§1514(a)] and the Protest Claim: The Importer of Record received Section 232 Product Exclusions on the subject products (BIS-2018-0006-3214, BIS-2018-0006-9842, BIS-2018-0006-167099, BIS-2018-0006-167100, BIS-2018-0006-172220, BIS-2018-0006-171967) and is entitled to a refund of the additional 25% duties paid. |

| |
|---|
| The issue which was common to all such denied protests: the Importer of Record had Section 232 exclusions covering the subject products and CBP failed to apply the exclusion. |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/  Robert F. Seely

Date:  5/04/2021

| PROTEST NUMBER | DATE PROT FILED | DATE DECIDED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 2704-20-121323 | 4/13/2020 | 11/06/2020 | 224-4734425-4 | 05/15/2019 | 04/10/2020 |
| 2704-20-134957 | 6/20/2020 | 12/23/2020 | 224-4736434-4 | 08/01/2019 | 06/26/2020 |
| 2704-20-137210 | 7/16/2020 | 12/31/2020 | 224-4736541-6 | 08/07/2019 | 07/03/2020 |

**Port Director**

U.S. Customs & Border Protection
301 E. Ocean Blvd., Suite 1400
Long Beach, CA 90802