UNITED STATES COURT OF INTERNATIONAL TRADE  FORM 7

| | |
|---|---|
| MIRROR METALS, INC.<br><br>                                Plaintiff,<br>    v.<br>UNITED STATES<br>                                Defendant. | 21-00213<br>Court No.<br>and Attached Schedule |

## NOTICE OF DISMISSAL

    **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: May 29, 2025
_____

                Erik D. Smithweiss
                Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP
                                Attorney for Plaintiff
                707 Wilshire Boulevard
                Suite 4150
                                Street Address
                Los Angeles, CA 90017-3720
                                City, State and Zip Code
                (213) 624-1970
                                Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 21-00213 | MIRROR METALS, INC. | 2704-20-121323 | 224-4734425-4 |
|  |  | 2704-20-134957 | 224-4736434-4 |
|  |  | 2704-20-137210 | 224-4736541-6 |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: May 30, 2025

Clerk, U. S. Court of International Trade

By: /s/ Giselle Almonte
      Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)